United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Laura A. Mims  
    Debtor  

Case No. 14-18997-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Mar 13, 2018  
                               Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2018.  
13928609      +Fay Servicing, LLC,   3000 Kellway Dr.,   Ste 150,   Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2018                                                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:

        ALEXANDRA T. GARCIA   on behalf of Creditor   Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee ecfmail@mwc-law.com  
        ANN E. SWARTZ   on behalf of Creditor   Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee ecfmail@mwc-law.com,   ecfmail@mwc-law.com  
        CELINE P. DERKRIKORIAN   on behalf of Creditor   Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee ecfmail@mwc-law.com  
        FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        FREDERICK L. REIGLE   ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
        JAMES RANDOLPH WOOD   on behalf of Creditor   Bethlehem Area School District jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com  
        JASON BRETT SCHWARTZ   on behalf of Creditor   Capital One Auto Finance jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com  
        KEVIN G. MCDONALD   on behalf of Creditor   Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust KMcDonald@blankrome.com  
        LISA MARIE CIOTTI   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
        LYNN E. FELDMAN   on behalf of Debtor Laura A. Mims feldmanfiling@rcn.com  
        MARISA MYERS COHEN   on behalf of Creditor   Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee mcohen@mwc-law.com  
        MATTEO SAMUEL WEINER   on behalf of Creditor   Wilmington Savings Fund Society, FSB et. al. bkgroup@kmllawgroup.com  
        MICHAEL J. SHAVEL   on behalf of Creditor   Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee mshavel@hillwallack.com,   mosbeck@hillwallack.com;tcarlin@hillwallack.com  
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                            TOTAL: 14

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-18997-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Laura A. Mims
4321 Anthony Drive
Bethlehem PA 18020

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/12/2018.

Name and Address of Alleged Transferor(s):

Claim No. 14: Fay Servicing, LLC, 3000 Kellway Dr., Ste 150, Carrollton, TX  75006

Name and Address of Transferee:

Wilmington Savings Fund Society
Fay Servicing, LLC
3000 Kellway Dr. Ste 150
Carrollton, TX 75006

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/15/18

Tim McGrath
**CLERK OF THE COURT**