United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-18997-ref
Laura A. Mims                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith            Page 1 of 2            Date Rcvd: Mar 23, 2018
                            Form ID: pdf900        Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
db             +Laura A. Mims,    4321 Anthony Drive,    Bethlehem, PA 18020-9323
cr             +Bethlehem Area School District,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
cr             +Fay Servicing, LLC,    3000 Kellway Dr,Ste 150,    Carrollton, TX 75006-3357
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    ROBERTSON, ANSCHUTZ & SCHNEID, P.L,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    Fay Servicing, LLC,    3000 Kellway Dr,
                 Ste 150,   Carrollton, TX 75006-3357
cr             +Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 24 2018 01:53:49
                 Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347
cr              E-mail/PDF: acg.acg.ebn@americaninfosource.com Mar 24 2018 01:53:15
                 Capital One Auto Finance c/o AIS Portfolio Service,    P.O. BOX 4360,    Houston, TX  77210-4360
cr              E-mail/PDF: gecsedi@recoverycorp.com Mar 24 2018 01:53:48     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2018 at the address(es) listed below:
              ALEXANDRA T. GARCIA    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners,
               LLC, its trustee ecfmail@mwc-law.com
              ANN E. SWARTZ    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC,
               its trustee ecfmail@mwc-law.com,   ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital
               Partners, LLC, its trustee ecfmail@mwc-law.com
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Bethlehem Area School District
               jwood@portnoffonline.com,   jwood@ecf.inforuptcy.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB et. al.
               KMcDonald@blankrome.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Hilldale Trust KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Laura A. Mims feldmanfiling@rcn.com
              MARISA MYERS COHEN    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners,
               LLC, its trustee mcohen@mwc-law.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, FSB et. al.
               bkgroup@kmllawgroup.com

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Mar 23, 2018
                              Form ID: pdf900          Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MICHAEL J. SHAVEL    on behalf of Creditor    Ventures Trust 2013-I-H-R by MCM Capital Partners, LLC, its trustee mshavel@hillwallack.com, mosbeck@hillwallack.com;tcarlin@hillwallack.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 15

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Laura A. Mims<br>　　　　　　Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Hilldale Trust<br>　　　　　　Movant<br>　vs. | NO. 14-18997 REF |
| Laura A. Mims<br>　　　　　　Debtor | 11 U.S.C. Section 362 |
| Frederick L. Reigle<br>　　　　　　Trustee | |

**ORDER**

　　ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 4321 Anthony Drive, Bethlehem, PA 18020 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its in rem State Court remedies.

**Date: March 23, 2018**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge